**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Dana Andrew John aka Dana A. John aka Dana John** | **BK NO. 26-00611 MJC** |
| **Debtor(s)** | **Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
03 Apr 2026, 15:37:08, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 2e80d46339dcb187d0c7b9833940291a73132aaa2d4a1916e18128cc22e91d14