UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| IN RE:                                       | : |                          |
| DANA ANDREW JOHN,                            | : |                          |
| Debtor                                       | : | CHAPTER 13               |
|                                              | : |                          |
| JACK N. ZAHAROPOULOS                         | : |                          |
| STANDING CHAPTER 13 TRUSTEE                  | : |                          |
| Movant                                       | : | CASE NO.  5:26-BK-00611-MJC |
|                                              | : |                          |
| DANA ANDREW JOHN,                            | : |                          |
| Respondent                                   | : |                          |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 6ᵗʰ day of April 2026comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Debtor(s) Plan violates 11 U.S.C. § 1325(a)(3) in that it has not been proposed in good faith. The Trustee requests more information regarding a $40,106 business loss reported on his 2024 tax return transcript. (copies of 2025 returns not yet received).

2.      Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

   a. Debtor(s) has not provided to Trustee copies of the 2025 federal income tax returns as required by § 521(e)(2)(A).

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 6th day of April 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511



/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee