In re:

Dana Andrew John

    Debtor

Case No. 26-00611-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Apr 06, 2026      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Dana Andrew John, 146 Dorchester Drive, Tobyhanna, PA 18466-8217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5786017 | ^ | MEBN | Apr 06 2026 18:45:45 | AFTERPAY US INC, PO BOX 328, SAN FRANCISCO, CA 94104-0328 |
| 5786018 | | Email/Text: bankruptcy@bigpictureloans.com | Apr 06 2026 18:47:00 | BIG PICTURE LOANS, PO BOX 704, WATERSMEET, MI 49969 |
| 5786033 | | Email/Text: fwdbctl@spotloan.com | Apr 06 2026 18:47:17 | SPOTLOAN, PO BOX 720, BELCOURT, ND 58316 |
| 5786019 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 18:56:18 | CAPITAL ONE BANK USA NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5786020 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2026 18:47:00 | CARRINGTON MORTGAGE SERVICES, 1600 SOUTH DOUGLASS ROAD, SUITE 110 & 200-A, ANAHEIM, CA 92806 |
| 5786021 | | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 06 2026 18:48:00 | CREDIT COLLECTIONS, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5786022 | | Email/Text: exeter@ebn.phinsolutions.com | Apr 06 2026 18:47:00 | EXETER FINANCE CORP, PO BOX 166097, IRVING, TX 75016-6097 |
| 5786023 | | Email/Text: brnotices@dor.ga.gov | Apr 06 2026 18:47:00 | GEORGIA DEPARTMENT OF REVENUE, PO BOX 740321, ATLANTA, GA 30374 |
| 5786024 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2026 18:47:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5786025 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 06 2026 18:56:17 | MIDLAND MORTGAGE, PO BOX 268959, OKLAHOMA CITY, OK 73126-8959 |
| 5786026 | | Email/Text: bankruptcy@nationalcreditsystems.com | Apr 06 2026 18:47:00 | NATIONAL CREDIT SYSTEMS INC, 3750 NATURALLY FRESH BLVD, ATLANTA, GA 30349-2964 |
| 5786027 | ^ | MEBN | Apr 06 2026 18:45:44 | NCB MANAGEMENT SERVICES, 1 ALLIED DRIVE, FEASTERVILLE TREVOSE, PA 19053-6945 |
| 5791200 | + | Email/Text: TSIBNCBOX4275@tsico.com | Apr 06 2026 18:47:00 | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 5786028 | ^ | MEBN | Apr 06 2026 18:45:41 | OPPORTUN, PO BOX 4085, MENLO PARK, CA 94026-4085 |
| 5786029 | ^ | MEBN | Apr 06 2026 18:45:47 | OPPORTUN/PATHWARD, 2 CIRCLE STAR |

| | | | | |
|---|---|---|---|---|
| | | | | WAY, SAN CARLOS, CA 94070-6200 |
| 5786030 | + | Email/Text: bankruptcy@purchasingpower.com | Apr 06 2026 18:48:00 | PURCHASING POWER, 2727 PACES FERRY ROAD SE, BUILDING #2, SUITE #1200, ATLANTA, GA 30339-6199 |
| 5786031 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2026 18:48:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5786032 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Apr 06 2026 18:47:00 | SEZZLE, 700 NICOLLET MALL STE 640, MINNEAPOLIS, MN 55402-1422 |
| 5786577 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2026 18:48:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5786034 | + | Email/Text: cxbk@zip.co | Apr 06 2026 18:47:00 | ZIP INC, 228 PARK AVENUE S, PMB 59872, NEW YORK, NY 10003-0103 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Dana Andrew John rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dana Andrew John,
aka Dana A. John, aka Dana John,

**Debtor 1**

Chapter 13

Case No.  5:26−bk−00611−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 21, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 28, 2026 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2026 |

ntcnfhrg (08/21)