IN RE:                                              :
                                                    :
DANA ANDREW JOHN,                                   :     CHAPTER 13
a/k/a DANA A. JOHN,                                 :
a/k/a DANA JOHN,                                    :
        Debtor                                      :
                                                    :     CASE NO.  5:26-bk-00611-MJC
        JACK N. ZAHAROPOULOS                        :
        STANDING CHAPTER 13 TRUSTEE                 :
        Movant                                      :
                                                    :
DANA ANDREW JOHN,                                   :
a/k/a DANA A. JOHN,                                 :
a/k/a DANA JOHN,                                    :
        Respondent                                  :

### TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of July 2026 comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1.      Debtor's Plan violates 11 U.S.C. § 1325(a)(3) in that it has not been proposed in good faith. Specifically, the Trustee requests more information regarding a $40,106.00 business loss reported on his 2024 tax return transcript (copies of 2025 returns not yet received).

2.      Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

   a.   Debtor has not provided to Trustee a copy of the 2025 federal income tax return as required by § 521(e)(2)(A).

*[The remainder of this page left intentionally blank.]*

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's Plan;
b. Dismiss or convert Debtor's case; and
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 2nd day of July 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Robert J. Kidwell, III
Newman Williams
713 Monroe Street
Stroudsburg, PA 18360

         <u>/s/Tanya M. Scannelli</u>
         Office of Jack N. Zaharopoulos
         Standing Chapter 13 Trustee

3